**Order entered October 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00089-CR

**JAY SANDON COOPER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2
Grayson County, Texas
Trial Court Cause No. 2011-2-1391**

## ORDER

The Court **DENIES** appellant's September 28, 2015 motion to stay issuance of the mandate.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE